UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY WEST ENTSMINGER,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:21-cv-00295-MMD-CLB<br><br>ORDER |

Plaintiff Gregory West Entsminger brings this civil rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated at Northern Nevada Correctional Center. On December 21, 2021, this Court screened Entsminger's complaint and dismissed the pleading in its entirety with leave to amend by January 21, 2022. (ECF No. 3.) The Court also gave Entsminger careful instructions for amendment, to correct the deficiencies of the complaint. (*Id.* at 9-10.) Entsminger now moves to extend the deadline for him file an amended complaint by 30 days. (ECF No. 5.) Entsminger argues that he needs more time in order to comply with the Court's instructions for amendment, because holiday closures and the pandemic have slowed matters, and because he is working with the Nevada Attorney General to settle his pending actions, including this one. (*Id.* at 2-3.) The Court finds that good cause exists to grant the motion.

　　　　It is therefore ordered that Entsminger's motion to extend time (ECF No. 5) is granted. Entsminger will have up to and including February 25, 2022, to file an amended complaint.

　　　　DATED THIS 18th Day of January 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE