UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY WEST ENTSMINGER,<br><br>Plaintiff,<br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-00295-MMD-CLB<br><br>ORDER |

Plaintiff Gregory West Entsminger brings this civil rights lawsuit to redress constitutional violations that he alleges he suffered while incarcerated at Northern Nevada Correctional Center. On December 21, 2021, this Court screened Entsminger's Complaint and dismissed that pleading in its entirety with leave to amend by January 21, 2022. (ECF No. 3.) Entsminger sought to extend that deadline to February 25, 2022, and the Court granted his motion. (ECF Nos. 5, 6.) Entsminger now moves to extend the deadline once more, to March 7, 2022. (ECF No. 7.) Entsminger argues that he needs more time because he was ill, the sickness ran through the prison causing prison officials to lock down many activities, and he is navigating how to properly plead a conspiracy-to-violate-civil-rights claim. (*Id.*) The Court finds that Entsminger has demonstrated good cause for the extension.

It is therefore ordered that Entsminger's motion to extend time (ECF No. 7) is granted.

It is further ordered that Entsminger has until and including March 7, 2022, to file an amended complaint.

DATED THIS 28th Day of February 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE