UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY WEST ENTSMINGER,<br><br>                    Plaintiff,<br><br>       v.<br><br>CHARLES DANIELS, et. al.,<br><br>                    Defendant. | Case No. 3:21-cv-00295-MMD-CLB<br><br>**ORDER GRANTING MOTION REQUESTING 90-DAY STAY**<br><br>[ECF No. 26] |

Before the Court is Plaintiff Gregory West Entsminger's ("Plaintiff") motion requesting a 90-day stay of these proceedings. (ECF No. 26.) No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore, Plaintiff's motion requesting a 90-day stay of these proceedings, (ECF No. 26), is **GRANTED**.  These proceedings are stayed for 90-days from the date of this order until Tuesday, April 18, 2023. Finally, the parties are ordered to file a proposed Discovery Plan and Scheduling Order by no later than 14 days after the stay is lifted.

IT IS SO ORDERED.

DATED: January 18, 2023.

_____
UNITED STATES MAGISTRATE JUDGE