# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY WEST ENTSMINGER,<br><br>                    Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et. al.*,<br><br>                    Defendants. | Case No. 3:21-CV-00295-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS AND TO STAY BRIEFING ON MOTION FOR SUMMARY JUDGMENT** |

On May 3, 2024, Defendants filed their motion for summary judgment, which was sent to Plaintiff at his address at the Northern Nevada Correctional Center ("NNCC"). (ECF No. 43.) The same day, NNCC returned this document as undeliverable stating that Plaintiff "was paroled on 12/22/23[.] NNCC is unable to deliver." (ECF No. 48.) A search of the NDOC's inmate database confirms that Plaintiff has been paroled. However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action.

Accordingly, **IT IS ORDERED** that Plaintiff shall file his notice of change of address with the Court by **June 3, 2024**.

**IT IS FURTHER ORDERED** that briefing on the motion for summary judgment is **STAYED** pending Plaintiff's compliance with this order.

**IT IS FURTHER ORDERED** that if Plaintiff fails to timely comply with this order, the Court will recommend dismissal of this action without prejudice.

**DATED**: May 6, 2024.

_____
UNITED STATES MAGISTRATE JUDGE