# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

GREGORY WEST ENTSMINGER,

    Plaintiff,

v.

CHARLES DANIELS, *et. al.*,

    Defendants.

Case No. 3:21-CV-00295-MMD-CLB

**ORDER SETTING BRIEFING ON MOTION FOR SUMMARY JUDGMENT**

On May 3, 2024, Defendants filed their motion for summary judgment, which was sent to Plaintiff at his address at the Northern Nevada Correctional Center ("NNCC"). (ECF No. 43.) The same day, NNCC returned this document as undeliverable stating that Plaintiff "was paroled on 12/22/23[.] NNCC is unable to deliver." (ECF No. 48.) Thus, the Court ordered that Plaintiff file a notice of change of address in compliance with Local Rule IA 3-1, by no later than June 3, 2024. (ECF No. 52.) Additionally, the Court stayed briefing on the motion for summary judgment pending Plaintiff's compliance with the change of address order. (*Id.*) On June 3, 2024, Plaintiff filed his notice of change of address. (ECF No. 54.) Thus, briefing on Defendants' motion for summary judgment may resume.

Accordingly, **IT IS ORDERED** that Plaintiff shall file a response to the motion for summary judgment by no later than **August 5, 2024**, and any reply shall be filed **14 days thereafter**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** a one-time courtesy copy of Defendants' motion for summary judgment, accompanying motion to seal, exhibits, and minute order. (ECF No. 43, 44, 45, 46, 47, 49.)

**DATED**: July 8, 2024.

                                                              **UNITED STATES MAGISTRATE JUDGE**