# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY WEST ENTSMINGER,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DANIELS, *et al.*,<br><br>Defendants. | Case No. 3:21-CV-00295-MMD-CLB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>[ECF No. 57] |

This case involves a civil rights action filed by Gregory West Entsminger ("Entsminger"). On May 3, 2024, Defendants filed a motion for summary judgment. (ECF No. 44.) On May 6, 2024, the Court entered an order staying the case, including briefing on Defendants' motion for summary judgment, until Entsminger updated his address. (ECF No. 52.) On July 8, 2024, the Court lifted the stay and ordered Entsminger to respond to Defendants' motion for summary judgment on or before August 5, 2024. (ECF No. 54.) This order gave Entsminger twenty-eight days to file a response to the motion for summary judgment even though the Court's local rules and the Federal Rules of Civil Procedure only provide for twenty-one days. LR 7-2(b) ("Unless the court orders otherwise. . . [t]he deadline to file and serve any points and authorities in response to a motion for summary judgment is 21 days after service of the motion."); Fed. R. Civ. P. 56(b). On August 5, 2024, Entsminger filed a motion to extend time to respond to the motion for summary judgment by sixty days. (ECF No. 57.)

Based on the representations made by Entsminger, the Court finds that good cause exists to grant the requested sixty-day extension of time. Therefore, Entsminger's reply to Defendants' motion for summary judgment is due on or before **Friday, October 4, 2024**. However, because Entsminger has already been provided with more time to respond to Defendants' motion than the Local Rules and Federal Rules of Civil Procedure require, **no further extensions of time will be granted absent extraordinary**

1 | **circumstances.**
2 |     **IT IS SO ORDERED.**
3 |     **DATED**:  August 5, 2024  .

                                       **UNITED STATES MAGISTRATE JUDGE**